JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC CASE LISTING                                     April 19, 1993

                                                                                                    Page:    1
RTC#   CAPTION

---

21   IN RE FINAL RULE UNDER THE CLEAN WATER ACT, 33, U.S.C. 1251-1387, LIMITING THE DISCHARGE OF POLLUTANTS TO WATERS OF THE UNITED STATES FROM THE OFFSHORE SUBCATEGORY OF THE OIL AND GAS INDUSTRY, 58 FED.REG. 12,454, ISSUED ON MARCH 18, 1993

| 04/07/93 | 04/07/93 | 04/15/93 |
|---|---|---|
| PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM United States Environmental Protection Agency order involving 4 petitions pending in 4 circuits as follows: one in the D.C. Circuit; one in the 5th Circuit; one in the 6th Circuit; and one in the 9th Circuit -- appealing agency order 33 U.S.C. 1251-1387 issued on March 18, 1993 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating 4 appeals that were pending in 4 circuits in the Court of Appeals for the Sixth Circuit. Random Selector, Katherine A. Chung, Deputy Clerk, and witness Regina N. Hale, Work Leader Deputy Clerk. | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 4/7/94 Received from Department of Justice (EPA) w/cert of service. |

RELATED ACTIONS

| 05-93-4305   | Conoco, Inc. v. EPA |
| 06-93-3310   | BP Exploration & Oil v. EPA |
| 09-93-70313  | NRDC v. EPA |
| DC-93-1232   | American Petroleum Institute v. EPA |

---

Key: √ Signifies Proof Of Service Filed By Agency